

**FILED**

NOV - 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. CR S-03-39-03-WBS
   Plaintiff, ) and CR S-05-67-01 WBS
v. )
)
Ravaa Bernard MEADORS, ) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
)
   Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Ravaa Bernard MEADORS** Case CR S-03-39-03-WBS and CR S-05-67-01 from custody subject to the following conditions:

   __X__   Release on Personal Recognizance

   __      Bail Posted in the Sum of _____

   __      Unsecured bond

   __      Appearance Bond with 10% Deposit

   __      Appearance Bond secured by Real Property

   __      Corporate Surety Bail Bond

   __X__   (Other) Conditions of Supervised Release as to both grants to remain in full force and effect. Defendant is ordered to appear in Court on December 6, 2006 at 9:00 am.

Issued at   Sacramento, CA   on   11/02/06   at   3:25 p.m.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Orig & Copy: USM
Copy to Docketing