MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
721 Ninth Street, Suite 250
Sacramento, CA 95814
(916) 447-1920; Fax: (916) 447-1940
Long_5999@msn.com

Attorney for Defendant
RAVAA MEADORS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>RAVAA MEADORS<br><br>            Defendant. | Cr. S- 03-39 WBS<br><br>**STIPULATION TERMINATING THE TERM OF SUPERVISED RELEASE IN CASE 03-39**<br><br>Judge: Hon. William B. Shubb |

TO: McGREGOR W. SCOTT, U. S. Attorney, and MATT SEGAL, Asst. U. S. Attorney:

**STIPULATION**

The United States, through its undersigned counsel, and defendant Ravaa Meadors, through his undersigned counsel, hereby stipulate and agree that the term of supervised release in case 03-39 is hereby terminated. Defendant will remain on supervision in case 05-67.

IT IS SO STIPULATED.

Dated:      February 26, 2007         McGREGOR SCOTT
                                       United States Attorney
                                       /s/ Matthew Segal, AUSA
                                       By Michael D. Long with Mr. Segal's
                                       Approval

1

Dated:        February 26, 2007

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Defendant
RAVAA MEADORS

MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
721 Ninth Street, Suite 250
Sacramento, CA 95814
(916) 447-1920; Fax: (916) 447-1940
Long_5999@msn.com

Attorney for Defendant
RAVAA MEADORS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**RAVAA MEADORS**

      Defendants.

Cr. S- 03-39 WBS

**ORDER**

Judge: Hon. William B. Shubb

**IT IS HEREBY ORDERED** that the term of supervised release for case 03-39 is hereby terminated.

DATED:     February 26, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3